■ In the Matter of ADDISON S., JR., Appellant. CATTARAUGUS COUNTY ATTORNEY, Respondent. [24 NYS3d 547]—Appeal from an amended order of the Family Court, Cattaraugus County (Michael L. Nenno, J.), entered November 14, 2014 in a proceeding pursuant to Family Court Act article 3. The amended order, among other things, adjudged that respondent is a juvenile delinquent and placed him in the custody of the New York State Office of Children and Family Services.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on December 9 and 11, 2015,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Whalen, P.J., Centra, Peradotto, Carni and Scudder, JJ.

■ PETER GUIDO, Respondent, v BENCHMARK ENVIRONMENTAL ENGINEERING AND SCIENCE, PLLC, et al., Defendants, and TECUMSEH REDEVELOPMENT INC., Appellant. [24 NYS3d 548]— Appeal from an order of the Supreme Court, Erie County (Patrick H. NeMoyer, J.), entered March 19, 2015. The order, insofar as appealed from, denied that part of the motion of, among others, defendant Tecumseh Redevelopment Inc., seeking summary judgment dismissing the complaint against that defendant.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Whalen, P.J., Centra, Peradotto, Carni and Scudder, JJ.